<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-6016**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DARRELL KEITH EVANS,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Matthew J. Perry, Jr., Senior District Judge.  (CR-95-837, CA-97-2072-10-3)

───────────

Submitted:  May 19, 1998          Decided:  June 18, 1998

───────────

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Randolph Marshall Lee, Charlotte, North Carolina, for Appellant. Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant Darrell Keith Evans seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Evans</u>, Nos. CR-95-837; CA-97-2072-10-3 (D.S.C. Nov. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2